UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-mj-8098-RMM

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

CESAR AMILCAR PEREZ-LOPEZ,

                Defendant.
_____/

FILED BY ___SP___ D.C.
Feb 23, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Miami Office of the United States Attorney's Office prior to July 20, 2008?

    Yes    X No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office (West Palm Beach Office) only prior to December 18, 2011?

    Yes    X No

3. Did this matter originate from a matter pending in the Fort Pierce Office of the United States Attorney's Office prior to August 8, 2014?

    Yes    X No

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

BY: _____
JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY
Admin. No. A5500228
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401
Office: (561) 820-8711
John.mcmillan@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 23-mj-8098-RMM |
| CESAR AMILCAR PEREZ-LOPEZ | ) |
| | ) |
| Defendant(s) | |

FILED BY____SP____D.C.
**Feb 23, 2023**
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __02/18/2023__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Re-entry After Deportation |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Andy Korzen, Task Force Officer, HSI
Printed name and title

Subscribed and sworn to before me in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (Facetime).

Date: __02/23/2023__

_____
Judge's signature

City and state: __West Palm Beach, Florida__

Hon. Ryon M. McCabe, U.S. Magistrate Judge
Printed name and title

**AFFIDAVIT**
**OF**
**ANDY KORZEN**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
**IMMIGRATION AND CUSTOMS ENFORCEMENT**
**Case No. 23-mj-8098-RMM**

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over nineteen years. I am currently assigned to the HSI, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Cesar Amilcar PEREZ-LOPEZ committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3. On or about February 18, 2023, Cesar Amilcar PEREZ-LOPEZ was arrested in Palm Beach County, Florida on outstanding warrant for violation of probation. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records shows that Cesar Amilcar PEREZ-LOPEZ is a native and citizen of Guatemala. Records further show that on or about May 31, 2018, Cesar Amilcar PEREZ-LOPEZ was ordered removed. The Order of Removal was executed on or about **June 13, 2018**, whereby Cesar Amilcar PEREZ-LOPEZ was removed from the United States and returned to Guatemala.

5. Cesar Amilcar PEREZ-LOPEZ's fingerprints taken in connection with his February 18, 2023, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Cesar Amilcar PEREZ-LOPEZ.

6. A record check was performed in the Computer Linked Application Informational Management System to determine if Cesar Amilcar PEREZ-LOPEZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Cesar Amilcar PEREZ-LOPEZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

7. Based on the foregoing, I submit that probable cause exists to believe that, on or about February 18, 2023, Cesar Amilcar PEREZ-LOPEZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the

Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Andy Korzen
Task Force Officer
Homeland Security Investigations

SWORN AND ATTESTED TO ME BY
APPLICANT VIA TELEPHONE (FACETIME)
PURSUANT TO FED. R. CRIM. P. 4(d) AND 4.1
THIS 23RD DAY OF FEBRUARY, 2023.

**HON. RYON M. McCABE**
**UNITED STATES MAGISTRATE JUDGE**

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:   CESAR AMILCAR PEREZ-LOPEZ

**Case No**:   23-mj-8098-RMM

**Count # 1**
**Reentry After Deportation**
**Title 8, United States Code, Section 1326(a)**
\* **Max. Term of Imprisonment:** 2 years
\* **Mandatory Min. Term of Imprisonment (if applicable):** not applicable
\* **Max. Supervised Release:** 1 year
\* **Max. Fine:** $250,000.00
\* **Special Assessment**: $100.00