UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80041-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**CESAR AMILCAR PEREZ-LOPEZ**,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation issued by Magistrate Judge Bruce E. Reinhart following Change of Plea Hearing [ECF No. 21]. On May 12, 2023, Magistrate Judge Reinhart held a Change of Plea hearing [ECF No. 20] during which Defendant pled guilty to the sole count of the Indictment [ECF No. 3]. The Government orally proffered a factual basis for the plea on the record, and Defendant acknowledged that the facts proffered were true and correct. Magistrate Judge Reinhart thereafter issued a Report recommending that the Court accept Defendant's guilty plea to the sole count of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of that offense [ECF No. 3]. Neither party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 21] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant **Cesar Amilcar Perez-Lopez** as to the sole

count of the Indictment is **ACCEPTED**.

3. Defendant **Cesar Amilcar Perez-Lopez** is adjudicated guilty of the sole count of the Indictment, which charges him with reentry after deportation, in violation of 8 U.S.C. § 1326(a) [ECF No. 3].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 1st day of June 2023.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:     counsel of record